IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02810-WYD-MJW

SUSAN SMITH,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, BOULDER, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## ORDER OF DISMISSAL OF CLAIMS WITH PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion to Dismiss Sex Discrimination Claims with Prejudice (ECF No. 12).   After carefully reviewing the file in this matter, I find that the motion should be granted pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Plaintiff's sex discrimination claims should be dismissed with prejudice.   Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion to Dismiss Sex Discrimination Claims with Prejudice (ECF No. 12) is **GRANTED.**   Plaintiff's sex discrimination claims are **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.   This order does not impact any other claim asserted in this matter.

Dated:   December 13, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE