IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02810-WYD-MJW

SUSAN SMITH,

Plaintiff,

v.

UNIVERSITY OF COLORADO, BOULDER, through its Board, The Regents of the University of Colorado, a body corporate,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Stipulated Motion for Settlement Conference with Magistrate Judge Hegarty (Docket No. 18) is granted.  Counsel shall forthwith telephone Magistrate Judge Hegarty's Chambers [(303) 844-4507] to schedule a settlement conference.

Date: January 8, 2013