IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02810-WYD-MJW

SUSAN SMITH,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, BOULDER, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on Plaintiff's Stipulated Motion for Dismissal of the Case with Prejudice filed January 17, 2013.  After a careful review of the motion and the file, it is

ORDERED that Plaintiff's Stipulated Motion for Dismissal of the Case with Prejudice (ECF No. 24) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  January 18, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge